**WO**                                                                                                               MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenghiz K. Stewart, | No. CV 09-535-PHX-MHM (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Chuck Ryan, et al., | |
| Defendants. | |

On March 16, 2009, Plaintiff Jenghiz K. Stewart, who is confined in the Arizona State Prison Complex-Eyman in Florence, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a March 27, 2009 Order, the Court denied the deficient Application to Proceed and gave Plaintiff 30 days to pay the fee or file a complete Application to Proceed *In Forma Pauperis*.

On April 13, 2009, Plaintiff filed a "Motion to Withdraw Civil Rights Complaint" (Doc. #5).

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a party may dismiss an action without an order of the court by filing a notice of dismissal at any time before service of an answer or a motion for summary judgment. Defendant has not yet been served and therefore has not yet answered. The right to voluntarily dismiss an action under these circumstances is absolute. Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999). The Court will therefore grant Plaintiff's Motion to Withdraw.

**IT IS ORDERED:**

    (1)    Plaintiff's "Motion to Withdraw Civil Rights Complaint" (Doc. #5) is **granted**.

    (2)    This case is **dismissed without prejudice**. The Clerk of Court must enter judgment accordingly.

DATED this 17th day of April, 2009.

_____
Mary H. Murgula
United States District Judge